# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARC ANTHONY JONES, | ) | No. CV 06-29-JLS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| G.J. GIURBINO (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: November 18, 2013

JOSEPHINE L. STATON
JOSEPHINE L. STATON
United States District Judge